██ THE PEOPLE OF THE STATE OF NEW YORK v. STANLEY FORD.—██

 Concur — Stevens, P. J., Eager, Markewich, Nunez and Tilzer, JJ.

(October 29, 1970)

██ In the Matter of ARTHUR M. GOLDBERG, an Attorney.— Concur — Eager, J. P., Capozzoli, McGivern, Markewich and McNally, JJ.

SECOND DEPARTMENT, OCTOBER, 1970

(October 2, 1970)

██ In the Matter of MAX GOLDWEBER, Appellant, v. WILLIAM D. MEISSER et al., Constituting the Board of Elections of the County of Nassau, Respondents.—

 Christ, P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.